| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:* **May 1, 2019**<br>*Time:* **10:00 a.m.** |

--------------------------------------------------------X

In re:

Chapter 13
Case No.: 19-40706-608

SANTO CRIVERA
*aka Santo Crivera*

                Debtor(s)                         **NOTICE OF MOTION**

--------------------------------------------------------X

SIRS / MADAMS

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge on the 1ST day of MAY, 2019 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York, 11201, for an Order pursuant to 11 U.S.C. §§§ 109(g), 521, & 1307(c), dismissing this case with prejudice, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one (1) year, by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear and/or be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than seven (7) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>       March 28, 2019 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, NY   11749<br>(631) 549-7900 |

*To:*   *Office of the United States Trustee*
       *SANTO CRIVERA, Pro-Se Debtor(s)*
       *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X  **tmm1634**
In re:

Chapter 13
CaseNo.:19-40706-608

SANTO CRIVERA
*aka Santo Crivera*


                Debtor(s)  **APPLICATION**
----------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

    1. The debtor(s) filed a Chapter 13 petition under the provisions of 11 U.S.C., on February 5, 2019, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

    2. Upon information and belief, this is the second petition for relief filed by the debtor(s), under Chapter 13, dating back to September 4, 2018.

    3. The first petition was filed by the debtor(s) under case number 1-18-45045-608, on September 4, 2018. The debtor(s) Chapter 13 case was automatically dismissed by the court on October 22, 2018.

    4. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

    5. In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee, a Chapter 13 Plan; Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

    6. Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

    7. Moreover, the debtor failed to appear and or be examined the initial §341 meeting of creditors, held on March 20, 2019 at 10:15 a.m.

    8. This appears to be nothing more than another filing for the sole purpose of obtaining the rights and benefits of the Automatic Stay, as provided in 11 U.S.C. §362.

    9. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

**WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§§ 109(g), 521, & 1307(c), dismissing this case with prejudice, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one (1) year, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
March 28, 2019

*/s/ Michael J. Macco*
Michael J. Macco, Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY   11749
(631) 549-7900

| | |
|---|---|
| STATE OF NEW YORK | ) |
| COUNTY OF SUFFOLK | ) ss.: |

SHAMUS MROTZEK, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On March 28, 2019 deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Santo Crivera*
*242 Connecticut Street*
*Staten Island, NY 10307*
*Pro Se Debtor(s)*

*Wells Fargo Bank N.A.*
*c/o Woods, Oviatt, Gilman LLP*
*Aleksandra K. Fugate, Esq.*
*700 Crossroads Building, Two State Street*
*Rochester, New York 14614*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

                                                                  */s/ Shamus Mrotzek*
                                                                  SHAMUS MROTZEK

Sworn to before me this
28TH day of MARCH, 2019

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021